# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 26, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

140026

CHARLES K. LASHLEY, SR.,
           Plaintiff-Appellee,

v

                                           SC: 140026
                                           COA: 292015

F.G. CHENEY LIMESTONE COMPANY and
BITUMINOUS CASUALTY CORPORATION,
           Defendants-Appellants.

                                           WCAC: 07-000154

_____/

      On order of the Court, the application for leave to appeal the October 7, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 26, 2010                                    _____

0222                                                           Clerk